# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **MIA NICOLE COLON REYES**
SSN xxx-xx-7768

Debtor(s)

CASE NO: **19-04138-BKT**

**Chapter 13**

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**   Paid Pre-Petition: **$132.00**   Outstanding (Through the Plan): **$3,868.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☐ Under Median Income 36 months   ☒ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$0.00**

**Liquidation Value: $0.00**   Estimated Priority Debt: $0.00

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

With respect to the (amended) Plan date: **Nov 01, 2019 (Dkt 20)**   Plan Base: **$9,000.00**

**The Trustee:**   ☐ DOES NOT OBJECT   ☒ **OBJECTS**   Plan Confirmation   Gen. Uns. Approx. Dist.: 7.30 %

The Trustee objects to confirmation for the following reasons:

**[1325(a)(5)] Plan fails to comply with required treatment of allowed Secured Claims.**

- 1325 (a)(5)(A): Secured creditor(s) provided for in the plan has/have NOT ACCEPTED the same.

Plan provides for the payment of post-petition arrears to FirstBank Puerto Rico ("FirstBank"). Said entity has not filed a claim for post-petition arrears. This is necessary to confirm sufficiency of plan and FirstBank's acceptance of having post-petition arrears through the plan.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: November 15, 2019

/s/ Alexandra Rodriguez, Esq.

Last Docket Verified: 20   Last Claim Verified: 4   CMC: AM