## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

MIA NICOLE COLON REYES

DEBTOR

CASE NO. 19-04138/MCF

CHAPTER 13

### DEBTOR'S MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM 2020 TAX REFUND

TO THE HONORABLE COURT:

**NOW COMES, MIA NICOLE COLON REYES,** the Debtor through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor's confirmed Plan dated February 14, 2019, provides that Debtor's tax refunds will be paid into the Plan.

2. The Debtor has received her 2020 tax refund in the amount of $161.00. Attached is copy of bank e-statement, which reflects the direct deposit of the 2020 tax refund on March 31, 2021, issued by the Puerto Rico Treasury Department.

3. The Debtor respectfully submits to the Court that she needs to use these funds to pay for: 2021 car registration (DTOP/"marbete").

4. The Debtor needs to use the funds from the 2020 "tax refund" to pay for this reasonable expense. Furthermore, the Debtor is living within a very "tight" budget which barely covers her living expenses and a Plan payment of $150.00.

5. Based on the above-stated, the Debtor respectfully requests this Court to Order the authorization of the use of these funds for this expense.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from

the 2020 tax refund by the Debtor to pay for the above-stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to the Debtor, Mia Nicole Colon Reyes, to the address of record: Urb Bunker, 40 Costa Rica Street, Caguas PR 00725.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 5th days of April 2021.

/s/ *Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 /787-963-7699
Email: rfc@rfigueroalaw.com

## ATH POP

**Ver cuenta:**
ATH POP x6498

**Número de Cuenta:** x6498
Consentimiento para Servicio de Sobregiro

| Resumen de Cuenta | Ver Transacciones | Gráficas | Servicios para mi Cuenta |

Ver transacciones  Categorizadas  Modo Clásico

EXPORTAR    IMPRIMIR    ESTATEMENT

### Transacciones

**Ver transacciones de:**
Recientes

| Fecha | Descripción | Débito(-) | Crédito(+) | Balance |
|---|---|---|---|---|
| 03/31/2021 | DEPT DE HACIENDA REINTEGROS | | $161.00 | $161.00 |

19-0438

# GOBIERNO DE PUERTO RICO
## DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
### DIRECTORÍA DE SERVICIOS AL CONDUCTOR
**PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES**

HONDA CIVIC EX NEGRO

Marbete: 02992705

Fecha: AUG 26 2020

Núm CG-0077

Estación de Inspección: 53930448

REQUIERE INSPECCIÓN VEH. DE MÁS DE DOS AÑOS FABRICADO

### Relación de Multas Administrativas

La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al...

| BOLETO | FECHA | CANTIDAD | MUN |
|---|---|---|---|

Multas: $5.00
Derechos Anuales: $44.00
ACAA: $35.00
Seguro Oblig.: $99.00
Centro de Trauma: $2.00
Importe Total: $180.00

¿Desea usted donar a favor de la UPR?
☐ $1.00  ☐ $5.00  ☐ $10.00
☐ Otra cantidad: _____

Método de pago:
☐ Efectivo  ☐ Mastercard  ☐ Visa

Esta es tu nueva y conveniente NOTIFICACIÓN

### INSTRUCCIONES AL CONTRIBUYENTE

ORIGINAL-DUEÑO / COPIA-PUNTO DE